WILLIAM J. SCHROEDER
AUSEY H. ROBNETT, III *Pro Hac Vice*         The Honorable Edward F. Shea
PAINE, HAMBLEN, COFFIN,
    BROOKE & MILLER LLP
717 W. Sprague Ave., Suite 1200
Washington Trust Financial Center
Spokane, WA  99201-3505
Telephone: (509) 455-6000
Facsimile: (509) 838-0007
Facsimile: (208) 664-6338
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DONALD L. REBMAN and YOUNG REBMAN, husband and wife, | No. CV-04-5064-EFS |
| Plaintiff, | |
| vs. | ORDER OF DISMISSAL WITH PREJUDICE |
| THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY, a Delaware corporation; JOHNATHAN R. PERRY, M.D.; KADLEC MEDICAL CENTER, a Washington corporation; and JOHN DOE and/or JANE DOE HEALTH CARE PROVIDERS 1-5 | [Proposed] |
| Defendant. | |

Based upon the Stipulation of the parties,

HEREBY ORDERED that the above matter is dismissed with prejudice as to the Defendant BNSF Railway Company only.  The action against the other Defendants remains pending, and no costs or attorney fees are awarded to any party.

ORDER FOR DISMISSAL [Proposed] - 1

DATED this __22nd__ day of February, 2006.

By /s/Edward F. Shea
_____
Honorable Edward F. Shea

Presented by:

PAINE, HAMBLEN, COFFIN,
BROOKE & MILLER LLP

By: _____
William J. Schroeder WSBA No. 7942
717 W. Sprague Avenue, Suite 1200
Spokane, WA  99201-3505
Telephone: (509) 455-6000
Fax: (509) 838-0007
William.schroeder@painehamblen.com

and

Ausey H. Robnett, III, *Pro Hac Vice*
Paine Hamblen Coffin Brooke & Miller LLP
701 Front Avenue, Suite 101
P.O. Box E
Coeur d'Alene, Idaho 83816-0328
Telephone: (208) 664-8115
Fax: (208) 664-6338
ausey.robnett@painehamblen.com

Attorneys for Defendant BNSF

ORDER FOR DISMISSAL [Proposed] - 2

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WASHINGTON 99201-3505 PHONE (509) 455-6000

Presentment waived by:

Eymann Allison Fennessy Hunter Jones PS

By_____/s/_____
Richard C. Eymann
2208 West Second Avenue
Spokane, WA 99204
Telephone: (509) 747-0101
Fax: (509) 458-5977
eymann@eahjlaw.com

and

Richard M. Rogers, P.C.

By_____R.M.R. by /s/_____
Richard M. Rogers
200 S.W. Market Street, Suite 1698
Portland, OR 97201
Telephone: (503) 221-0561
Fax: (503) 221-0752

Attorneys for Plaintiff

ORDER FOR DISMISSAL [Proposed] - 3

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WASHINGTON 99201-3505 PHONE (509) 455-6000